AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nancy E. Weingartner
3629 Arbor Run Drive
Valdosta, Georgia 31605

**SUMMONS IN A CIVIL CASE**

V.

Michael L. Dominguez
Acting Secretary of the Air Force
Department of the Air Force
The Pentagon
Washington, DC 20330-1000

CASE NUMBER   1:05CV01031

JUDGE: Henry H. Kennedy

DECK TYPE: Administrative Agency Review

DATE STAMP: 05/20/2005

CASE NUM:

TO: (Name and address of Defendant)

Michael L. Dominguez
Acting Secretary of the Air Force
Department of the Air Force
The Pentagon
Washington, DC 20330-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 20 2005

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 24, 2005 |
| NAME OF SERVER (PRINT) Allie L. Bernardo | TITLE Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail, return receipt to Michael L. Dominguez, Acting Secretary of the Air Force

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 24, 2005   /s/ Allie Bernardo
             Date                    Signature of Server

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.