UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY WEINGARTNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1031 (HHK) |
| ) | |
| MICHAEL L. DOMINGUEZ, Acting ) | |
| Secretary of the Air Force, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E-4220
Washington, D.C.  20530
(202) 514-7220

Dated:  July 22, 2005

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

>**Eugene R. Fidell**
>**FELDESMAN, TUCKER, LEIFER, FIDELL**
>**& BANK, LLP**
>**2001 L Street, NW**
>**Second Floor**
>**Washington, DC 20036**

on this 22nd day of July, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530