UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY WEINGARTNER,          )<br>                                              )<br>        Plaintiff,                      )<br>                                              )<br>   v.                                      )<br>                                              )<br> MICHAEL L. DOMINGUEZ, Acting  )<br> Secretary of the Air Force,         )<br>                                              )<br>        Defendant.                    )<br> _____ ) | Civil Action No.:  05-1031 (HHK) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant Michael L. Dominguez, Acting Secretary of the Air Force, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply or otherwise respond to the complaint brought under the Administrative Procedures Act ("APA"), 5 U.S.C. §§ 500-706.  Defendant request that the deadline for responding be extended approximately 30 days from the date entered on the Court's ECF system, July 25, 2005, to August 26, 2005.  This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered.  Plaintiff, through counsel, graciously consented to this motion.

This enlargement of time is sought because additional time is needed for counsel for the defendant to confer with agency counsel and obtain critical information about the circumstances of this case and its outcome at the administrative level.  Counsel for Defendant has been in contact with agency counsel, who is currently compiling a rather large administrative record.  Once the record is compiled, counsel anticipates that the parties may need time to confer to determine whether this case can be resolved without litigation.  If not, counsel will need

additional time to formulate a dispositive motion.

Additionally, although the Court's ECF system indicates a return of service/affidavit on May 26, 2005, with an answer deadline of July 25, 2005, the United States Attorney's Office's records indicate that service was not perfected until June 16, 2005. Thus, counsel for Defendant believed that Defendant's answer was not due until August 15, 2005.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully request that the time for answering or otherwise responding to Plaintiff's Complaint be extended to August 26, 2005.

Dated: July 22, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

> **Eugene R. Fidell**
> **FELDESMAN, TUCKER, LEIFER, FIDELL**
> **& BANK, LLP**
> **2001 L Street, NW**
> **Second Floor**
> **Washington, DC 20036**

on this 22nd day of July, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530