UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY WEINGARTNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1031 (HHK) |
| ) | |
| PETE GEREN, Acting Secretary of the Air Force,[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

This matter having come before the Court on Defendant's Motion To Dismiss, or in the alternative, For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Pete Geren, Acting Secretary of the Air Force should be automatically substituted as the defendant in this action in place of his predecessor in office, Michael Dominguez.