UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY E. WEINGARTNER,            )
                                 )
        *Plaintiff*,             )
                                 )
v.                               )     Civil No. 05-1031 (HHK)
                                 )
PETE GEREN                       )
Acting Secretary of the Air Force, )
                                 )
        *Defendant*.             )     Judge Kennedy

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves to enlarge the time in which to respond to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, to and including September 26, 2005. This enlargement is needed because plaintiff's counsel will be out of the country for approximately a week in what otherwise would have been the briefing period, and will be out of the District for several additional days due to other professional commitments. We have not previously sought an enlargement of time. Counsel for defendant has kindly consented to this enlargement.

Respectfully submitted,

*[signature: Eugene R. Fidell]*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960

*Attorneys for Plaintiff*

August 26, 2005