UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY E. WEINGARTNER, )<br>)<br>     *Plaintiff*, )<br>)<br>v. )<br>)<br>PETE GEREN )<br>Acting Secretary of the Air Force, )<br>)<br>     *Defendant*. ) | Civil No. 05-1031 (HHK) |

ORDER

On consideration of plaintiff's consent motion for an enlargement of time in which to respond to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is, by the Court, this ___ day of _____, 2005,

ORDERED that the said motion for an enlargement be, and the same hereby is, GRANTED. Plaintiff shall have to and including September 26, 2005 in which to respond to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

United States District Judge