allegation 2, #9. (4) Recommendations to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ are discussed in the analysis of allegation 1, #7. These four are valid reasons to support reassignment and are not unjust or unfair in and of themselves. The fifth reason, given by ▓▓▓▓▓▓▓ was that Maj Weingartner failed to maintain emotional detachment from patients. Though problematic in Maj Weingartner's provider role, this is not seen as a valid reason for reassignment.

Significant areas of concern regarding leadership at the 86th Medical Group emerged during this investigation. Even before Maj Weingartner arrived at Ramstein from Andrews AFB phone calls had been made to Andrews asking about any problems she might have encountered there. Then when she arrived at Ramstein ▓▓▓▓▓▓▓▓ who was subordinate to her, took it upon himself to say, "let's just see what she does...take a look." This attitude of providing leadership a period to prove herself, which became pervasive, put Maj Weingartner in the defensive position of being judged by her own staff instead of vice versa. Human nature being what it is, her staff did not want to adjust to her dominant personality and meticulous management style after having had an easy going manager who put few demands on his staff administratively. Maj Weingartner's staff wanted her to adjust to them. Considering the many weighty problems Maj Weingartner was confronted with on her arrival, she received little support or guidance from leadership in the following months as she tried to sort these out "big rocks." Her not receiving a PFW session at 90 days from ▓▓▓▓▓▓▓ was a red flag in this regard. When Maj Weingartner did receive a PFW session after 180 days, a Letter of Counseling followed the session. This LOC cited the very things that her supervisors should have and could have mentored her on. The hostile work environment grew out of her management style being at marked variance with that of ▓▓▓▓▓▓▓ merely telling an element chief to promote a cooperative and tolerant work environment (as ▓▓▓▓▓▓▓ did in the LOC) is not guidance and is not mentoring. Support, positive suggestions, counseling and role modeling were indicated.

Another significant area of concern was regarding ▓▓▓▓▓▓▓▓▓▓ "open door policy." Though perhaps not designed for this purpose initially, this policy created a handy repository for gripes against Maj Weingartner from her staff. These complaints came out later in the LOC. There was no evidence presented that ▓▓▓▓▓▓▓ addressed these staff issues brought to his attention with Maj Weingartner so that improvements could be made in her element. ▓▓▓▓▓▓▓ spread the word that complaints involving Maj Weingartner can come to him directly and the flight superintendent. ▓▓▓▓▓▓▓ possibly tasked to obtain information on Maj Weingartner by questioning the contract employees. Four months later Maj Weingartner is relieved of her position. ▓▓▓▓▓▓▓ admitted, while laughing about it, that he flashed the "my boss is clueless" tee shirt thereby spreading further discontent in the element. One wonders how long it would have taken for the news to get to ▓▓▓▓▓▓▓ it were Maj Weingartner who flashed a tee shirt, which was insulting to her supervisor.

incorrect in that her duty history did not reference her Family Advocacy position when she met the Lt Col Boards." We attached copies of the OSBs reflecting her duty title as Family Advocacy Element Leader to our initial advisory to show this claim was not valid. Counsel now clarifies the actual error on the P0599B OSB was an erroneous duty title, effective 2 Nov 98, as Sembach Community Svcs Coord. Given this new information, it appears the duty title is in fact erroneous. However, we strongly believe this error on its own was not likely the key to the applicant's nonselection for promotion, but instead the result of an assessment of her entire selection record.

In conclusion, based on the evidence provided, we are unable to substantiate the existence of a material error in the applicant's selection record and therefore recommend the AFBCMR deny the applicant's request for SSB consideration or direct promotion.

AUTUMN A. FOLEY, GS-11
Ch, Officer Promotions, Appt & Sel Cont. Br.
Directorate of Personnel Program Mgt

cc:
SAF/MIBR

**280A**