UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY E. WEINGARTNER, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>PETE GEREN )<br>Acting Secretary of the Air Force, )<br>)<br>*Defendant*. ) | Civil No. 05-1031 (HHK) |

ORDER

On consideration of defendant's motion to dismiss or, in the alternative, for summary judgment, plaintiff's cross-motion for summary judgment, the parties' oppositions and replies thereto, and the entire record, it is, by the Court, this ____ day of _____, 2005,

ORDERED, that defendant's motion be, and the same hereby, is DENIED, and plaintiff's cross-motion be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the decision of the Air Force Board for Correction of Military Records ("AFBCMR") be, and the same hereby is, SET ASIDE and the case is REMANDED. The ABCMR shall—

(1) review the entire record in light of the proper measure of deference to uniformed decision makers and the shifted burden of proof under *Frizelle* and;

(2) critically review and explain its ruling with respect to plaintiff's particularized analysis and refutation of the five reasons cited in the Report of Investigation for the proposition that she would have been removed as Family

Advocacy Element Leader in any event, and, if the AFBCMR finds her entitled to relief but decides not to recommend a direct promotion to Lieutenant Colonel;

(3) cause her record to be considered by the appropriate number of Special Selection Boards, as provided in 10 U.S.C. § 628(g)(1)(B), with a memorandum—should the AFBCMR deem this appropriate in order to avoid error or injustice—indicating that because of previous career injury, she should be deemed to have received a "Definitely Promote" Promotion Recommendation Form.

The entire proceedings on remand shall be completed within six months of the date of this decision. The parties will inform the Court of the outcome of the proceedings on remand, and the Court will retain jurisdiction of the matter.

United States District Judge