UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY E. WEINGARTNER, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>PETE GEREN )<br>Acting Secretary of the Air Force, )<br>)<br>*Defendant.* ) | Civil No. 05-1031 (HHK)<br><br>Judge Kennedy |

PLAINTIFF'S STATEMENT OF GENUINE ISSUES

Plaintiff does not dispute the matters set forth in defendant's Statement of Material Facts Not in Genuine Issue. Those matters are, however, incomplete, and in that connection we respectfully refer the Court to Major Weingartner's Statement of Material Facts submitted herewith.

Respectfully submitted,

*Eugene R. Fidell*
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036
(202) 466-8960

*Attorneys for Plaintiff*

September 26, 2005