UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY E. WEINGARTNER, )<br>)<br>     *Plaintiff*, )<br>)<br>v. )<br>)<br>PETE GEREN )<br>Acting Secretary of the Air Force, )<br>)<br>     *Defendant*. ) | Civil No. 05-1031 (HHK) |

PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Major Weingartner respectfully cross-moves for summary judgment. A Statement of Points and Authorities (which also constitutes her opposition to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment), Statement of Material Facts, Statement of Genuine Issues, and proposed Order are submitted herewith. An opportunity to present oral argument is respectfully requested.

Respectfully submitted,

*[signature: Eugene R. Fidell]*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960

*Attorneys for Plaintiff*

September 26, 2005