```
From the U.S. Code Online via GPO Access
[wais.access.gpo.gov]
[Laws in effect as of January 24, 2002]
[Document not affected by Public Laws enacted between
  January 24, 2002 and December 19, 2002]
[CITE: 10USC1552]
```

TITLE 10--ARMED FORCES

Subtitle A--General Military Law

PART II--PERSONNEL

CHAPTER 79--CORRECTION OF MILITARY RECORDS

Sec. 1552. Correction of military records: claims incident thereto

(a)(1) The Secretary of a military department may correct any military record of the Secretary's department when the Secretary considers it necessary to correct an error or remove an injustice. Except as provided in paragraph (2), such corrections shall be made by the Secretary acting through boards of civilians of the executive part of that military department. The Secretary of Homeland Security may in the same manner correct any military record of the Coast Guard.

(2) The Secretary concerned is not required to act through a board in the case of the correction of a military record announcing a decision that a person is not eligible to enlist (or reenlist) or is not accepted for enlistment (or reenlistment) or announcing the promotion and appointment of an enlisted member to an initial or higher grade or the decision not to promote an enlisted member to a higher grade. Such a correction may be made only if the correction is favorable to the person concerned.

(3) Corrections under this section shall be made under procedures established by the Secretary concerned. In the case of the Secretary of a military department, those procedures must be approved by the Secretary of Defense.

(4) Except when procured by fraud, a correction under this section is final and conclusive on all officers of the United States.

(b) No correction may be made under subsection (a)(1) unless the claimant or his heir or legal representative files a request for the correction within three years after he discovers the error or injustice. However, a board established under subsection (a)(1) may excuse a failure to file within three years after discovery if it finds it to be in the interest of justice.

(c) The Secretary concerned may pay, from applicable current appropriations, a claim for the loss of pay, allowances, compensation, emoluments, or other pecuniary benefits, or for the repayment of a fine or forfeiture, if, as a result of correcting a record under this section, the amount is found to be due the claimant on account of his or another's service in the Army, Navy, Air Force, Marine Corps, or Coast Guard, as the case may be, or on account of his or another's service as a civilian employee. If the claimant is dead, the money shall be paid, upon demand, to his legal representative. However, if no demand for payment is made by a legal representative, the money shall be paid--
    (1) to the surviving spouse, heir, or beneficiaries, in the order prescribed by the law applicable to that kind of payment;
    (2) if there is no such law covering order of payment, in the order set forth in section 2771 of this title; or
    (3) as otherwise prescribed by the law applicable to that kind of payment.

A claimant's acceptance of a settlement under this section fully

satisfies the claim concerned. This section does not authorize the payment of any claim compensated by private law before October 25, 1951.

 (d) Applicable current appropriations are available to continue the pay, allowances, compensation, emoluments, and other pecuniary benefits of any person who was paid under subsection (c), and who, because of the correction of his military record, is entitled to those benefits, but for not longer than one year after the date when his record is corrected under this section if he is not reenlisted in, or appointed or reappointed to, the grade to which those payments relate. Without regard to qualifications for reenlistment, or appointment or reappointment, the Secretary concerned may reenlist a person in, or appoint or reappoint him to, the grade to which payments under this section relate.

 (e) No payment may be made under this section for a benefit to which the claimant might later become entitled under the laws and regulations administered by the Secretary of Veterans Affairs.

 (f) With respect to records of courts-martial and related administrative records pertaining to court-martial cases tried or reviewed under chapter 47 of this title (or under the Uniform Code of Military Justice (Public Law 506 of the 81st Congress)), action under subsection (a) may extend only to--

  (1) correction of a record to reflect actions taken by reviewing authorities under chapter 47 of this title (or under the Uniform Code of Military Justice (Public Law 506 of the 81st Congress)); or

  (2) action on the sentence of a court-martial for purposes of clemency.

 (g) In this section, the term ``military record'' means a document or other record that pertains to (1) an individual member or former member of the armed forces, or (2) at the discretion of the Secretary of the military department concerned, any other military matter affecting a member or former member of the armed forces, an employee or former employee of that military department, or a dependent or current or former spouse of any such person. Such term does not include records pertaining to civilian employment matters (such as matters covered by title 5 and chapters 81, 83, 87, 108, 373, 605, 607, 643, and 873 of this title).

(Aug. 10, 1956, ch. 1041, 70A Stat. 116; Pub. L. 86-533, Sec. 1(4), June 29, 1960, 74 Stat. 246; Pub. L. 96-513, title V, Sec. 511(60), Dec. 12, 1980, 94 Stat. 2925; Pub. L. 98-209, Sec. 11(a), Dec. 6, 1983, 97 Stat. 1407; Pub. L. 100-456, div. A, title XII, Sec. 1233(a), Sept. 29, 1988, 102 Stat. 2057; Pub. L. 101-189, div. A, title V, Sec. 514, title XVI, Sec. 1621(a)(2), Nov. 29, 1989, 103 Stat. 1441, 1603; Pub. L. 102-484, div. A, title X, Sec. 1052(19), Oct. 23, 1992, 106 Stat. 2500; Pub. L. 105-261, div. A, title V, Sec. 545(a), (b), Oct. 17, 1998, 112 Stat. 2022; Pub. L. 107-296, title XVII, Sec. 1704(b)(1), Nov. 25, 2002, 116 Stat. 2314.)

           Historical and Revision Notes

| Revised section | Source (U.S. Code) | Source ( |
|---|---|---|
| 1552(a).................... | 5:191a(a) (less 2d and last provisos).<br>5:275(a) (less 2d and last provisos). | Aug. 2, 1946, restated Oct 65 Stat. 655 |
| 1552(b).................... | 5:191a(a) (2d and last provisos).<br>5:275(a) (2d and last provisos). | |
| 1552(c).................... | 5:191a(b), (c).<br>5:275(b), (c). | |
| 1552(d).................... | 5:191a(d).<br>5:275(d). | |
| 1552(e).................... | 5:191a(f).<br>5:275(f). | |

```
1552(f).............................  5:191a(e).
                                      5:275(e).
```
--------------------------------------------------------------------------

In subsection (a), the words ``and approved by the Secretary of Defense'' are substituted for 5:191a(a) (1st proviso). The words ``when he considers it'' are substituted for the words ``where in their judgment such action is'', in 5:191a and 275. The words ``officers or employees'' and ``means of'', in 5:191a and 275, are omitted as surplusage. The word ``naval'', in 5:191a and 275, is omitted as covered by the word ``military''.

In subsection (b), the words ``before October 26, 1961'' are substituted for the words ``or within ten years after the date of enactment of this section'', in 5:191a and 275. The last sentence of the revised subsection is substituted for 5:191a(a) (last proviso) and 275(a) (last proviso).

In subsection (c), the words ``if, as a result of correcting a record under this section * * * the amount is found to be due the claimant on account of his or another's service in the Army, Navy, Air Force, Marine Corps, or Coast Guard, as the case may be'' are substituted for the words ``which are found to be due on account of military or naval service as a result of the action * * * hereafter taken pursuant to subsection (a) of this section'', in 5:191a and 275. The words ``heretofore taken pursuant to this section'', in 5:191a and 275, are omitted as executed. The words ``of any persons, their heirs at law or legal representative as hereinafter provided'', ``(including retired or retirement pay)'', ``as the case may be'', ``duly appointed'', ``otherwise due hereunder'', ``decedent's'', ``precedence or succession'', and ``of precedence'', in 5:191a and 275, are omitted as surplusage. The last sentence is substituted for 5:191a(c) and 275(c).

In subsection (d), the word ``but'' is substituted for the words ``That, continuing payments are authorized to be made to such personnel'', in 5:191a and 275. The words ``if he is not reenlisted in, or appointed or reappointed to, the grade to which those payments relate'' are substituted for the words ``without the necessity for reenlistment, appointment, or reappointment to the grade, rank, or office to which such pay (including retired or retirement pay), allowances, compensation, emoluments, and other monetary benefits are attached'', in 5:191a and 275. The words ``or one year following the date of enactment of this section'', in 5:191a and 275, are omitted as executed. The words ``for payment of such sums as may be due for'', in 5:191a and 275, are omitted as surplusage. The words ``(including retired or retirement pay)'', in 5:191a and 275, are omitted as covered by the definition of ``pay'' in section 101(27) of this title.

In subsection (e), the words ``No payment may be made under this section'' are substituted for the words ``Nothing in this section shall be construed to authorize the payment of any amount as compensation'', in 5:191a and 275.

References in Text

The Uniform Code of Military Justice (Public Law 506 of the 81st Congress), referred to in subsec. (f), is act May 5, 1950, ch. 169, Sec. 1, 64 Stat. 107, which was classified to chapter 22 (Sec. 551 et seq.) of Title 50, War and National Defense, and was repealed and reenacted as chapter 47 (Sec. 801 et seq.) of this title by act Aug. 10, 1956, ch. 1041, Sec. 53, 70A Stat. 641, the first section of which enacted this title.

Amendments

2002--Subsec. (a)(1). Pub. L. 107-296 substituted ``Secretary of

Homeland Security'' for ``Secretary of Transportation''.
    1998--Subsec. (c). Pub. L. 105-261, Sec. 545(a), inserted ``, or on account of his or another's service as a civilian employee'' before period at end of first sentence.
    Subsec. (g). Pub. L. 105-261, Sec. 545(b), added subsec. (g).
    1992--Subsec. (a)(2). Pub. L. 102-484 substituted ``announcing the promotion and appointment of an enlisted member to an initial or higher grade or the decision not to promote an enlisted member to a higher grade'' for ``announcing a decision not to promote an enlisted member to a higher grade''.
    1989--Subsec. (a). Pub. L. 101-189, Sec. 514(a), amended subsec. (a) generally. Prior to amendment, subsec. (a) read as follows: ``The Secretary of a military department, under procedures established by him and approved by the Secretary of Defense, and acting through boards of civilians of the executive part of that military department, may correct any military record of that department when he considers it necessary to correct an error or remove an injustice. Under procedures prescribed by him, the Secretary of Transportation may in the same manner correct any military record of the Coast Guard. Except when procured by fraud, a correction under this section is final and conclusive on all officers of the United States.''
    Subsec. (b). Pub. L. 101-189, Sec. 514(b), substituted ``subsection (a)(1)'' for ``subsection (a)'' in two places.
    Subsec. (e). Pub. L. 101-189, Sec. 1621(a)(2), substituted ``Secretary of Veterans Affairs'' for ``Administrator of Veterans' Affairs''.
    1988--Subsec. (b). Pub. L. 100-456, Sec. 1233(a)(1), substituted ``for the correction within three years after he discovers the error or injustice'' for ``therefor before October 26, 1961, or within three years after he discovers the error or injustice, whichever is later''.
    Subsec. (c). Pub. L. 100-456, Sec. 1233(a)(2), substituted ``The Secretary concerned'' for ``The department concerned''.
    1983--Subsec. (f). Pub. L. 98-209 added subsec. (f).
    1980--Subsec. (a). Pub. L. 96-513 substituted ``Secretary of Transportation'' for ``Secretary of the Treasury''.
    1960--Subsec. (f). Pub. L. 86-533 repealed subsec. (f) which required reports to the Congress every six months with respect to claims paid under this section.


                Effective Date of 2002 Amendment

    Amendment by Pub. L. 107-296 effective on the date of transfer of the Coast Guard to the Department of Homeland Security, see section 1704(g) of Pub. L. 107-296, set out as a note under section 101 of this title.


                Effective Date of 1980 Amendment

    Amendment by Pub. L. 96-513 effective Dec. 12, 1980, see section 701(b)(3) of Pub. L. 96-513, set out as a note under section 101 of this title.


              Board for Correction of Military Records

    Pub. L. 101-225, title II, Sec. 212, Dec. 12, 1989, 103 Stat. 1914, provided that: ``Not later than 6 months after the date of the enactment of this Act [Dec. 12, 1989], the Secretary of Transportation shall--
      ``(1) amend part 52 of title 33, Code of Federal Regulations,
    governing the proceedings of the board established by the Secretary
    under section 1552 of title 10, United States Code, to ensure that a
    complete application for correction of military records is processed

expeditiously and that final action on the application is taken within 10 months of its receipt; and
    ``(2) appoint and maintain a permanent staff, and a panel of civilian officers or employees to serve as members of the board, which are adequate to ensure compliance with paragraph (1) of this subsection.''

                   Section Referred to in Other Sections

    This section is referred to in sections 628, 1034, 1558, 14502 of this title; title 14 section 425; title 38 sections 3462, 5110; title 42 section 213a.

```
From the U.S. Code Online via GPO Access
[wais.access.gpo.gov]
[Laws in effect as of January 24, 2002]
[Document not affected by Public Laws enacted between
  January 24, 2002 and December 19, 2002]
[CITE: 10USC628]
```

                      TITLE 10--ARMED FORCES

                  Subtitle A--General Military Law

                      PART II--PERSONNEL

    CHAPTER 36--PROMOTION, SEPARATION, AND INVOLUNTARY RETIREMENT OF
                      OFFICERS ON THE ACTIVE-DUTY LIST

    SUBCHAPTER III--FAILURE OF SELECTION FOR PROMOTION AND RETIREMENT FOR
                              YEARS OF SERVICE

Sec. 628. Special selection boards

    (a) Persons Not Considered by Promotion Boards Due to Administrative
Error.--(1) If the Secretary of the military department concerned
determines that because of administrative error a person who should have
been considered for selection for promotion by a promotion board was not
so considered, or the name of a person that should have been placed on
an all-fully-qualified-officers list under section 624(a)(3) of this
title was not so placed, the Secretary shall convene a special selection
board under this subsection to determine whether that person (whether or
not then on active duty) should be recommended for promotion.
    (2) A special selection board convened under paragraph (1) shall
consider the record of the person whose name was referred to it for
consideration as that record would have appeared to the board that
should have considered him. That record shall be compared with a
sampling of the records of those officers of the same competitive
category who were recommended for promotion, and those officers who were
not recommended for promotion, by the board that should have considered
him.
    (3) If a special selection board convened under paragraph (1) does
not recommend for promotion a person whose name was referred to it for
consideration for selection for appointment to a grade other than a
general officer or flag officer grade, the person shall be considered to
have failed of selection for promotion.
    (b) Persons Considered by Promotion Boards in Unfair Manner.--(1) If
the Secretary of the military department concerned determines, in the
case of a person who was considered for selection for promotion by a
promotion board but was not selected, that there was material unfairness
with respect to that person, the Secretary may convene a special
selection board under this subsection to determine whether that person
(whether or not then on active duty) should be recommended for
promotion. In order to determine that there was material unfairness, the
Secretary must determine that--
        (A) the action of the promotion board that considered the person
    was contrary to law or involved material error of fact or material
    administrative error; or
        (B) the board did not have before it for its consideration
    material information.

    (2) A special selection board convened under paragraph (1) shall
consider the record of the person whose name was referred to it for
consideration as that record, if corrected, would have appeared to the
board that considered him. That record shall be compared with the
records of a sampling of those officers of the same competitive category

who were recommended for promotion, and those officers who were not recommended for promotion, by the board that considered him.

  (3) If a special selection board convened under paragraph (1) does not recommend for promotion a person whose name was referred to it for consideration, the person incurs no additional failure of selection for promotion.

  (c) Reports of Boards.--(1) Each special selection board convened under this section shall submit to the Secretary of the military department concerned a written report, signed by each member of the board, containing the name of each person it recommends for promotion and certifying that the board has carefully considered the record of each person whose name was referred to it.

  (2) The provisions of sections 617(b) and 618 of this title apply to the report and proceedings of a special selection board convened under this section in the same manner as they apply to the report and proceedings of a selection board convened under section 611(a) of this title. However, in the case of a board convened under this section to consider a warrant officer or former warrant officer, the provisions of sections 576(d) and 576(f) of this title (rather than the provisions of sections 617(b) and 618 of this title) apply to the report and proceedings of the board in the same manner as they apply to the report and proceedings of a selection board convened under section 573 of this title.

  (d) Appointment of Persons Selected by Boards.--(1) If the report of a special selection board convened under this section, as approved by the President, recommends for promotion to the next higher grade a person whose name was referred to it for consideration, that person shall, as soon as practicable, be appointed to that grade in accordance with subsections (b), (c), and (d) of section 624 of this title. However, in the case of a board convened under this section to consider a warrant officer or former warrant officer, if the report of that board, as approved by the Secretary concerned, recommends that warrant officer or former warrant officer for promotion to the next higher grade, that person shall, as soon as practicable, be appointed to the next higher grade in accordance with provisions of section 578(c) of this title (rather than subsections (b), (c), and (d) of section 624 of this title).

  (2) A person who is appointed to the next higher grade as the result of the recommendation of a special selection board convened under this section shall, upon that appointment, have the same date of rank, the same effective date for the pay and allowances of that grade, and the same position on the active-duty list as he would have had if he had been recommended for promotion to that grade by the board which should have considered, or which did consider, him. In the case of a person who is not on the active-duty list when appointed to the next higher grade, placement of that person on the active-duty list pursuant to the preceding sentence shall be only for purposes of determination of eligibility of that person for consideration for promotion by any subsequent special selection board under this section.

  (e) Deceased Persons.--If a person whose name is being considered for referral to a special selection board under this section dies before the completion of proceedings under this section with respect to that person, this section shall be applied to that person posthumously.

  (f) Convening of Boards.--A board convened under this section--
    (1) shall be convened under regulations prescribed by the Secretary of Defense;
    (2) shall be composed in accordance with section 612 of this title or, in the case of board to consider a warrant officer or former warrant officer, in accordance with section 573 of this title and regulations prescribed by the Secretary of the military department concerned; and
    (3) shall be subject to the provisions of section 613 of this title.

 (g) Judicial Review.--(1)(A) A court of the United States may review a determination by the Secretary of a military department under subsection (a)(1) or (b)(1) not to convene a special selection board in the case of any person. In any such case, the court may set aside the Secretary's determination only if the court finds the determination to be--
  (i) arbitrary or capricious;
  (ii) not based on substantial evidence;
  (iii) a result of material error of fact or material administrative error; or
  (iv) otherwise contrary to law.

 (B) If a court sets aside a determination by the Secretary of a military department not to convene a special selection board under this section, it shall remand the case to the Secretary concerned, who shall provide for consideration by such a board.
 (2) A court of the United States may review the action of a special selection board convened under this section or an action of the Secretary of the military department concerned on the report of such a board. In any such case, a court may set aside the action only if the court finds that the action was--
  (A) arbitrary or capricious;
  (B) not based on substantial evidence;
  (C) a result of material error of fact or material administrative error; or
  (D) otherwise contrary to law.

 (3)(A) If, six months after receiving a complete application for consideration by a special selection board under this section in any case, the Secretary concerned has not convened such a board and has not denied consideration by such a board in that case, the Secretary shall be deemed for the purposes of this subsection to have denied the consideration of the case by such a board.
 (B) If, six months after the convening of a special selection board under this section in any case, the Secretary concerned has not taken final action on the report of the board, the Secretary shall be deemed for the purposes of this subsection to have denied relief in such case.
 (C) Under regulations prescribed under subsection (j), the Secretary of a military department may waive the applicability of subparagraph (A) or (B) in a case if the Secretary determines that a longer period for consideration of the case is warranted. Such a waiver may be for an additional period of not more than six months. The Secretary concerned may not delegate authority to make a determination under this subparagraph.
 (h) Limitations of Other Jurisdiction.--No official or court of the United States may, with respect to a claim based to any extent on the failure of a person to be selected for promotion by a promotion board--
  (1) consider the claim unless the person has first been referred by the Secretary concerned to a special selection board convened under this section and acted upon by that board and the report of the board has been approved by the President; or
  (2) except as provided in subsection (g), grant any relief on the claim unless the person has been selected for promotion by a special selection board convened under this section to consider the person for recommendation for promotion and the report of the board has been approved by the President.

 (i) Existing Jurisdiction.--Nothing in this section limits--
  (1) the jurisdiction of any court of the United States under any provision of law to determine the validity of any law, regulation, or policy relating to selection boards; or
  (2) the authority of the Secretary of a military department to correct a military record under section 1552 of this title.

    (j) Regulations.--(1) The Secretary of each military department
shall prescribe regulations to carry out this section. Regulations under
this subsection may not apply to subsection (g), other than to paragraph
(3)(C) of that subsection.
    (2) The Secretary may prescribe in the regulations under paragraph
(1) the circumstances under which consideration by a special selection
board may be provided for under this section, including the following:
        (A) The circumstances under which consideration of a person's
    case by a special selection board is contingent upon application by
    or for that person.
        (B) Any time limits applicable to the filing of an application
    for such consideration.

    (3) Regulations prescribed by the Secretary of a military department
under this subsection may not take effect until approved by the
Secretary of Defense.
    (k) Promotion Board Defined.--In this section, the term ``promotion
board'' means a selection board convened by the Secretary of a military
department under section 573(a) or 611(a) of this title.

(Added Pub. L. 96-513, title I, Sec. 105, Dec. 12, 1980, 94 Stat. 2859;
amended Pub. L. 98-525, title V, Sec. 527(a), Oct. 19, 1984, 98 Stat.
2525; Pub. L. 102-190, div. A, title XI, Sec. 1131(4), Dec. 5, 1991, 105
Stat. 1506; Pub. L. 102-484, div. A, title X, Sec. 1052(10), Oct. 23,
1992, 106 Stat. 2499; Pub. L. 105-261, div. A, title V, Sec. 501(a)-(e),
Oct. 17, 1998, 112 Stat. 2000-2002; Pub. L. 106-398, Sec. 1 [[div. A],
title X, Sec. 1087(a)(2)], Oct. 30, 2000, 114 Stat. 1654, 1654A-290;
Pub. L. 107-107, div. A, title V, Secs. 503(b), 505(c)(3)(A), Dec. 28,
2001, 115 Stat. 1083, 1088.)


                               Amendments

    2001--Subsec. (a)(1). Pub. L. 107-107, Sec. 505(c)(3)(A), inserted
``or the name of a person that should have been placed on an all-fully-
qualified-officers list under section 624(a)(3) of this title was not so
placed,'' after ``not so considered,''.
    Subsecs. (g) to (k). Pub. L. 107-107, Sec. 503(b), added subsecs.
(g) to (j) and redesignated former subsec. (g) as (k).
    2000--Subsec. (c)(2). Pub. L. 106-398 substituted ``sections'' for
``section'' after ``rather than the provisions of''.
    1998--Subsec. (a). Pub. L. 105-261, Sec. 501(a)(1), inserted subsec.
heading, added par. (1), and struck out former par. (1) which read as
follows: ``In the case of an officer who is eligible for promotion who
the Secretary of the military department concerned determines was not
considered for selection for promotion by a selection board because of
administrative error, the Secretary concerned, under regulations
prescribed by the Secretary of Defense, shall convene a special
selection board under this subsection (composed in accordance with
section 612 of this title or, in the case of a warrant officer, composed
in accordance with section 573 of this title and regulations prescribed
by the Secretary of the military department concerned) to determine
whether such officer should be recommended for promotion.''
    Subsec. (a)(2). Pub. L. 105-261, Sec. 501(a)(2), substituted ``the
person whose name was referred to it for consideration as that record''
for ``the officer as his record''.
    Subsec. (a)(3). Pub. L. 105-261, Sec. 501(a)(3), substituted ``a
person whose name was referred to it for consideration for selection for
appointment to a grade other than a general officer or flag officer
grade, the person'' for ``an officer in a grade below the grade of
colonel or, in the case of an officer of the Navy, captain whose name
was referred to it for consideration, the officer''.
    Subsec. (b). Pub. L. 105-261, Sec. 501(b)(1), inserted subsec.
heading, added par. (1), and struck out former par. (1) which read as

follows: ``In the case of an officer who is eligible for promotion who
was considered for selection for promotion by a selection board but was
not selected, the Secretary of the military department concerned, under
regulations prescribed by the Secretary of Defense, may convene a
special selection board under this subsection (composed in accordance
with section 612 of this title or, in the case of a warrant officer,
composed in accordance with section 573 of this title and regulations
prescribed by the Secretary of the military department concerned) to
determine whether such officer should be recommended for promotion if
the Secretary concerned determines that--
    ``(A) the action of the board which considered the officer was
    contrary to law or involved material error of fact or material
    administrative error; or
    ``(B) the board did not have before it for its consideration
    material information.''
    Subsec. (b)(2). Pub. L. 105-261, Sec. 501(b)(2), substituted ``the
person whose name was referred to it for consideration as that record''
for ``the officer as his record''.
    Subsec. (b)(3). Pub. L. 105-261, Sec. 501(b)(3)(A), substituted ``a
person'' for ``an officer'' and ``the person'' for ``the officer''.
    Subsec. (c). Pub. L. 105-261, Sec. 501(c)(1)(A), inserted heading.
    Subsec. (c)(1). Pub. L. 105-261, Sec. 501(c)(1)(B), substituted
``person'' for ``officer'' in two places.
    Subsec. (c)(2). Pub. L. 105-261, Sec. 501(c)(1)(C), inserted at end
``However, in the case of a board convened under this section to
consider a warrant officer or former warrant officer, the provisions of
sections 576(d) and 576(f) of this title (rather than the provisions of
section 617(b) and 618 of this title) apply to the report and
proceedings of the board in the same manner as they apply to the report
and proceedings of a selection board convened under section 573 of this
title.''
    Subsec. (d). Pub. L. 105-261, Sec. 501(c)(2)(A), inserted heading.
    Subsec. (d)(1). Pub. L. 105-261, Sec. 501(c)(2)(B)-(E), substituted
``a person'' for ``an officer'', ``that person'' for ``such officer'',
and ``that grade in'' for ``the next higher grade in'' and inserted at
end ``However, in the case of a board convened under this section to
consider a warrant officer or former warrant officer, if the report of
that board, as approved by the Secretary concerned, recommends that
warrant officer or former warrant officer for promotion to the next
higher grade, that person shall, as soon as practicable, be appointed to
the next higher grade in accordance with provisions of section 578(c) of
this title (rather than subsections (b), (c), and (d) of section 624 of
this title).''
    Subsec. (d)(2). Pub. L. 105-261, Sec. 501(c)(3), substituted ``A
person who is appointed'' for ``An officer who is promoted'' and ``that
appointment'' for ``such promotion'' and inserted at end ``In the case
of a person who is not on the active-duty list when appointed to the
next higher grade, placement of that person on the active-duty list
pursuant to the preceding sentence shall be only for purposes of
determination of eligibility of that person for consideration for
promotion by any subsequent special selection board under this
section.''
    Subsec. (e). Pub. L. 105-261, Sec. 501(d), amended subsec. (e)
generally. Prior to amendment, subsec. (e) read as follows: ``The
provisions of section 613 of this title apply to members of special
selection boards convened under this section.''
    Subsecs. (f), (g). Pub. L. 105-261, Sec. 501(e), added subsecs. (f)
and (g).
    1992--Subsec. (b)(1). Pub. L. 102-484 substituted ``section 573''
for ``section 558''.
    1991--Subsec. (a)(1). Pub. L. 102-190 substituted ``section 573''
for ``section 558''.
    1984--Subsecs. (a)(1), (b)(1). Pub. L. 98-525 substituted
``(composed in accordance with section 612 of this title or, in the case

of a warrant officer, composed in accordance with section 558 of this title and regulations prescribed by the Secretary of the military department concerned)'' for ``(composed in accordance with section 612 of this title)''.

### Effective Date of 2001 Amendment

Pub. L. 107-107, div. A, title V, Sec. 503(c), Dec. 28, 2001, 115 Stat. 1084, provided that:

``(1) Except as provided in paragraph (2), the amendments made by this section [enacting section 1558 of this title and amending this section] shall apply with respect to any proceeding pending on or after the date of the enactment of this Act [Dec. 28, 2001] without regard to whether a challenge to an action of a selection board of any of the Armed Forces being considered in the proceeding was initiated before, on, or after that date.

``(2) The amendments made by this section shall not apply with respect to any action commenced in a court of the United States before the date of the enactment of this Act.''

### Effective Date of 1991 Amendment

Amendment by Pub. L. 102-190 effective Feb. 1, 1992, see section 1132 of Pub. L. 102-190, set out as a note under section 521 of this title.

### Delegation of Functions

Functions of President under subsec. (d)(1) to approve, modify, or disapprove report of a selection board delegated to Secretary of Defense to perform, without approval, ratification, or other action by President, and with authority for Secretary to redelegate, see Ex. Ord. No. 12396, Secs. 1(a), 3, Dec. 9, 1982, 47 F.R. 55897, 55898, set out as a note under section 301 of Title 3, The President.

### Ratification of Codified Practice

Pub. L. 105-261, div. A, title V, Sec. 501(f), Oct. 17, 1998, 112 Stat. 2002, provided that: ``The consideration by a special selection board convened under section 628 of title 10, United States Code, before the date of the enactment of this Act [Oct. 17, 1998] of a person who, at the time of consideration, was a retired officer or former officer of the Armed Forces (including a deceased retired or former officer) is hereby ratified.''

### Section Referred to in Other Sections

This section is referred to in sections 618, 641, 1558 of this title.