UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY WEINGARTNER, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL L. DOMINGUEZ, Acting )<br>Secretary of the Air Force, )<br>)<br>      Defendant. )<br>_____) | Civil Action No.:  05-1031 (HHK) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant Michael L. Dominguez, Acting Secretary of the Air Force, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply or otherwise reply to Plaintiff's Opposition and Cross-Motion For Summary Judgment.  Defendant requests that the deadline for responding be extended one week, from October 6 to October 13, 2005.  This is Defendant's first request for an enlargement of time to reply, and no scheduling order has been entered.  Plaintiff, through counsel, graciously consented to this motion.

This enlargement of time is sought because additional time is needed to allow counsel for the defendant to confer with agency counsel regarding their response to Plaintiff's filing. Counsel for Defendant has been in contact with agency counsel and is currently formulating Defendant's Reply and Opposition to Plaintiff's Cross-Motion For Summary Judgment. Although counsel for Defendant anticipated being able to file Defendant's response October 6, due to deadlines in counsel's other cases in an active docket, including New Life Evangelistic Center, 05-1100 (RJL), Trupei v. DEA, 04-1481 (EGS), Trupei v. FAA, 04-1117 (EGS), and in

the Court of Appeals, Sample v. Bureau of Prisons, 05-5038, counsel for Defendant will be unable finalize a response prior to the current due date. Additionally, the time requested takes into account the fact that counsel for Defendant will be out of the office October 6 and 7, and will return October 11. Thus, counsel for Defendant respectfully requests a one-week extension.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully request that the time for answering or otherwise responding to Plaintiff's Complaint be extended to October 13, 2005.

Dated: October 5, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

> **Eugene R. Fidell**
> **FELDESMAN, TUCKER, LEIFER, FIDELL**
> **& BANK, LLP**
> **2001 L Street, NW**
> **Second Floor**
> **Washington, DC 20036**

on this  5th  day of October, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530