UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY E. WEINGARTNER, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil No. 05-1031 (HHK) |
| PETE GEREN | ) | |
| Acting Secretary of the Air Force, | ) | |
| *Defendant*. | ) | Judge Kennedy |

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves to enlarge the time in which to reply to defendant's opposition to her Cross-Motion for Summary Judgment to and including October 25, 2005. This enlargement is needed because plaintiff's counsel has lost several days for medical reasons and will be out of town on October 19-20 on a previously scheduled speaking engagement at the Eighth Circuit Judicial Conference. We have previously sought one enlargement of time in this case. Counsel for defendant has kindly consented to this enlargement.

Respectfully submitted,

*Eugene R. Fidell*
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, DC 20036
(202) 466-8960

*Attorneys for Plaintiff*

October 17, 2005