UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY E. WEINGARTNER,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MICHAEL WYNNE,**<br><br>　　　　　**Defendant.** | Civil Action 05-01031 (HHK) |

**JUDGMENT**

For the reasons articulated in the court's memorandum opinion issued this same day, it is this 28th day of March, 2007, hereby

**ORDERED** that judgment is entered in favor of defendant.

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge