UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| NANCY E. WEINGARTNER, | ) | | |
| | ) | | |
| *Plaintiff,* | ) | | |
| | ) | | |
| v. | ) | Civil No. 05-01031 (HHK) | |
| | ) | | |
| MICHAEL W. WYNNE, | ) | | |
| | ) | | |
| *Defendant.* | ) | Judge Kennedy | |

NOTICE OF APPEAL

Notice is hereby given that Nancy E. Weingartner, plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment and memorandum opinion entered therein on March 28, 2007.

Respectfully submitted,

/s/
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, DC  20036
(202) 466-8960

*Attorneys for Plaintiff*

May 24, 2007