# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5169**                                    **September Term, 2007**

05cv01031

**Filed On:**

Nancy E. Weingartner,
      Appellant

v.

Michael W. Wynne, Secretary of the Air Force,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 1 5 2007

CLERK

**BEFORE:**   Sentelle, Randolph, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly concluded that the Air Force Board for Correction of Military Records sufficiently articulated its reasons for denying appellant's application and that the Board's decision was not arbitrary, capricious, or unsupported by substantial evidence. See <u>Frizelle v. Slater</u>, 111 F.3d 172, 176, 179 (D.C. Cir. 1997); <u>see also</u> 5 U.S.C. § 706(2)(A).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs